# UNITED STATES DISTRICT COURT

_____DISTRICT OF_____MASSACHUSETTS_____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 05M-1120-JGD |
| SOPHOAN OUNG, SOPHANARA OUNG, SOKHAM SEAN, PHAN MOUL, SROUCH KHUT, AND ANDRE QUEZADA | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **April, 2005** through and including **August, 2005** in **Middlesex** county, in the District of **Massachusetts,** defendants did, (Track Statutory Language of Offense) knowingly and intentionally conspire to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance; and knowingly, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States (to wit: conspiracy to distribute cocaine), possess firearms (to wit: a 9 mm Berretta handgun with an obliterated serial number, a .44 magnum revolver, and two .380 caliber semi-automatic handguns).

in violation of Title **21** United States Code, Section **846** and Title **18** United States Code, Section **924(c)**.

I further state that I am a(n) **U.S. Drug Enforcement Administration** and that this complaint is based on the following facts:
                   Official Title

See Attached Affidavit of SA Christian Brackett

Continued on the attached sheet and made a part hereof:   X  Yes    ☐ No

_____
Signature of Complainant
**CHRISTIAN BRACKETT**
Special Agent
U.S. Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

**August 22, 2005** at **Boston, Massachusetts**
Date                                              City and State

Judith Gail Dein  US Magistrate Judge           _Judith Gail Dein_
Name and Title of Judicial Officer              Signature of Judicial Officer
**JUDITH G. DEIN**
**UNITED STATES CHIEF MAGISTRATE JUDGE**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: Massachusetts    Category No. _____    Investigating Agency  DEA

City  Lowell

County  Middlesex

Related Case Information:

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Sophanara Oung    Juvenile  ☐ Yes  ☒ No

Alias Name  Bee

Address  26 Hillside Street, Unit 1, Lowell, Massachusetts

Birth date (Year only): 1985  SSN (last 4 #): ____  Sex  M  Race: Asian  Nationality: ____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  William Bloomer    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  August 22, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Sophanara Oung

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | |
| Set 2 | 18 U.S.C. §924(c) | Possession of firearms | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** _____    **Investigating Agency** DEA

**City** Lowell        **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Sophoan Oung      Juvenile   ☐ Yes   ☒ No

**Alias Name** Hershey

**Address** 26 Hillside Street, Unit 1, Lowell, Massachusetts

**Birth date (Year only):** 1980   **SSN (last 4 #):** ____   **Sex** M   **Race:** Asian   **Nationality:** ____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William Bloomer    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/22/05    **Signature of AUSA:** _[signature]_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Sophoan Oung

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | |
| Set 2 | 18 U.S.C. §924(c) | Possession of firearms | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Massachusetts     **Category No.** _____     **Investigating Agency** DEA

**City** Lowell            **Related Case Information:**

**County** Middlesex       Superseding Ind./ Inf. _____     Case No. _____
                           Same Defendant _____     New Defendant _____
                           Magistrate Judge Case Number _____
                           Search Warrant Case Number _____
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Srouch Khut                              Juvenile   ☐ Yes   ☒ No

Alias Name   Jonny, Kevin

Address   _____

Birth date (Year only): 1973   SSN (last 4 #): 4710   Sex M   Race: Asian   Nationality: _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   William Bloomer                  Bar Number if applicable _____

Interpreter:   ☐ Yes  ☐ No     List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____     ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**     ☒ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  August 22, 2005        Signature of AUSA: _____

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Srouch Khut

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | |
| Set 2 | 18 U.S.C. §924(c) | Possession of firearms | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense:  Massachusetts     Category No. _____  Investigating Agency  DEA

City   Lowell                         Related Case Information:

County  Middlesex                     Superseding Ind./ Inf. _____    Case No. _____
                                      Same Defendant _____    New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Phan Moul                              Juvenile   ☐ Yes   ☒ No

Alias Name   Magee, Evil, Tear Drop

Address  _____

Birth date (Year only):  1980   SSN (last 4 #):  9096   Sex  M   Race:  Asian   Nationality: _____

Defense Counsel if known: _____                   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   William Bloomer                                 Bar Number if applicable _____

Interpreter:    ☐ Yes  ☐ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

    ☐ Warrant Requested       ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☒ Complaint       ☐ Information        ☐ Indictment

Total # of Counts:    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

                 Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  August 22, 2005       Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Phan Moul

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy to distribute cocaine | |
| Set 2  18 U.S.C. §924(c) | Possession of firearms | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Massachusetts   **Category No.** _____   **Investigating Agency** DEA

**City** Lowell   **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Andre Quezada      Juvenile  ☐ Yes  ☒ No

Alias Name   Gilbert Quezada

Address   435 High Street, Lawrence, MA

Birth date (Year only): 1978   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: ____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   William Bloomer      Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No      List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☒ Complaint      ☐ Information      ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2005      Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Andre Quezada

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute cocaine | |
| Set 2 | 18 U.S.C. §924(c) | Possession of firearms | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Massachusetts    **Category No.** _____    **Investigating Agency** DEA

**City** Lowell    **Related Case Information:**

**County** Middlesex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sokham Sean    Juvenile   ☐ Yes   ☒ No

Alias Name   Blackie

Address   1311 Middlesex Street, Lowell, Massachusetts

Birth date (Year only): 1985   SSN (last 4 #): ____   Sex M   Race: Asian   Nationality: ____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   William Bloomer    Bar Number if applicable _____

Interpreter:   ☐ Yes  ☐ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2005    Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant      Sokham Sean

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy to distribute cocaine | |
| Set 2  18 U.S.C. §924(c) | Possession of firearms | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**